## MARDIAN *v.* WAYNE CIRCUIT JUDGE.

| | |
|---|---|
| 118 | 353 |
| f118 | 354 |
| 118 | 353 |
| f122 | 156 |
| 118 | 353 |
| 125 | 671 |
| 118 | 353 |
| 136 | ²281 |
| 118 | 353 |
| 137 | 126 |
| 118 | 353 |
| f142 | ²257 |
| 118 | 353 |
| 146 | ²440 |

1. RECEIVERS—DIVESTITURE OF POSSESSION—APPEALABLE ORDERS.
   An order appointing a receiver, whereby the possession of property is divested, is appealable.

2. SAME—MANDAMUS.
   Such order being appealable, *mandamus* will not lie to set it aside.

*Mandamus* by Rudolph Mardian to compel Sherman B. Daboll, acting circuit judge of Wayne county, to vacate an order appointing a receiver. Submitted June 7, 1898. Writ denied October 3, 1898.

*William F. Connolly*, for relator.

*Walters & Walters*, for respondent.

HOOKER, J. This is an application for a *mandamus* to compel the vacation of an order appointing a receiver. It has been repeatedly held that orders appointing receivers, whereby the possession of property is divested, are appealable. See *Barry* v. *Briggs*, 22 Mich. 201; *People* v. *Jones*, 33 Mich. 303; *Taylor* v. *Sweet*, 40 Mich. 736; *Morey* v. *Grant*, 48 Mich. 330; *Perrin* v. *Lepper*, 56 Mich. 351.

It is a well-settled rule that *mandamus* will not lie when there is another adequate remedy. The following Michigan authorities will be found to sustain this rule: *People* v. *Jackson Circuit Judges*, 1 Doug. 302; *People* v. *Wayne County Court Judge*, 1 Mich. 359; *People* v. *Wayne Circuit Judge*, 19 Mich. 296; *People* v. *Allegan Circuit Judge*, 29 Mich. 487; *O'Brien* v. *Tallman*, 36 Mich. 13; *Stall* v. *Diamond*, 37 Mich. 429; *Olson* v. *Muskegon Circuit Judge*, 49 Mich. 85; *Delhi School Dist.* v. *Ingham Circuit Judge*, Id. 432; *Lloyd* v. *Wayne Circuit*

*Judge,* 56 Mich. 236 (56 Am. Rep. 378); *Perrin* v. *Lepper,* 56 Mich. 351; *Scott* v. *Wayne Circuit Judges,* 58 Mich. 314; *Burt* v. *Wayne Circuit Judge,* 82 Mich. 251; *Eyke* v. *Lange,* 90 Mich. 592, 104 Mich. 26; *Corby* v. *Wayne Probate Judge,* 96 Mich. 11; *Thomas* v. *Wayne Circuit Judges,* 97 Mich. 608 (McGrath, Mand. Cas. No. 853); *Hall* v. *Wayne Circuit Judge,* 111 Mich. 395; *Aldrich* v. *Wayne Circuit Judge,* Id. 525.

In the case of *Hall* v. *Wayne Circuit Judge* we applied the general rule, and held that an order exactly like the one before us was appealable, and refused to compel its vacation by *mandamus,* although clearly improvident. In that case we cited the case of *Scott* v. *Wayne Circuit Judges* as directly in point. The same disposition of a similar case is found in *Thomas* v. *Wayne Circuit Judges,* 97 Mich. 608 (McGrath, Mand. Cas. No. 853).

The writ is denied, with costs.

The other Justices concurred